IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:

**08-20968 CIV-HOEVELER**

ATLAS VAN LINES, INC. and
ATLAS INVESTMENT COMPANY, INC.,

**MAGISTRATE JUDGE GARBER**

Plaintiffs,

vs.

SIMO ELBAZ a/k/a SIMON MILLER, a/k/a
JONATHAN MILLER, a/k/a SIMON ELBAZ

Defendant
_____/

**ORDER GRANTING MOTION FOR LIMITED APPEARANCE OF
MARK F. WARZECHA, ESQUIRE, CONSENT TO DESIGNATION AND
REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILINGS**

THIS CAUSE, having come before the Court upon the Motion for Limited Appearance of Mark F. Warzecha, Esquire and Consent to Designation, requesting, pursuant to Rule 4B of the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida, permission for a limited appearance of Mark F. Warzecha, Esquire in this matter and request to electronically receive notice of electronic filings. This Court having considered the motion and all other relevant factors, it is hereby,

ORDERED and ADJUDGED:

1. That the Motion for Limited Appearance and Consent to Designation is GRANTED, and MARK F. WARZECHA, ESQUIRE, is granted to appear and participate in this action on behalf of Plaintiffs, ATLAS VAN LINES, INC. and ATLAS INVESTMENT COMPANY, INC.

2. The Clerk shall provide electronic notification of all electronic filings to MARK F. WARZECHA, ESQUIRE at email address: mfwlaw@insightbb.com.

DONE AND ORDERED in Chambers in Miami, Florida on this 16th day of April, 2008.

_____
U. S. DISTRICT COURT JUDGE

copies furnished to:
Heidi M. Roth, Esquire, HeidiRothPA@aol.com
Mark F. Warzecha, Esquire, mfwlaw@insightbb.com

Mr. Simo Elbaz, a/k/a Simon Miller, a/k/a Jonathan Miller, a/k/a Simon Elbaz, Defendant
Atlasmoving.com